UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICKEY CALHOUN,<br><br>                              Plaintiff,<br><br>     v.<br><br>WILLIAM BAILEY, CATHI HARIS,<br>AND JAMES CARTER<br><br>                              Defendants. | No. C14-5089RBL/KLS<br><br>ORDER GRANTING INFORMA<br>PAUPERIS STATUS |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Dkt No. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently housed in a Less Restrictive Alternative, (LRA) housing in Seattle Washington. Plaintiff was recently released from being detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $400.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this 3 day of February, 2014.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1