UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICKEY CALHOUN,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM BAILEY, CATHI HARRIS, JAMES CARTER, CATHI HARRIS, JAMES CARTER<br><br>    Defendants. | CASE NO. C14-5089RBL-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    Defendants' motion to dismiss (Dkt. 15) is **GRANTED;** Plaintiff's claims against Defendants William Bailey and Cathi Harris are **DISMISSED WITH PREJUDICE**; Plaintiff's state law claims against Defendants William Bailey and Cathi Harris are **Dismissed Without Prejudice.**

(3)    Plaintiff's claims against Defendant James Carter are **Dismissed With Prejudice** pursuant to Fed. R. Civ. P. 41(a).

(4)   The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this 11th day of August, 2014.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION- 2